NUMBER
13-01-302-CR

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

____________________________________________________________________

 

HORACE LAMAR WATKINS,                                                  Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

____________________________________________________________________

 

                        On
appeal from the 197th 
District Court

                                 of
Cameron County, Texas.

____________________________________________________________________

 

                            O P I N I O N

 

                   Before
Justices Dorsey, Rodriguez, and Castillo

                                       Opinion
Per Curiam

 

Appellant, HORACE LAMAR WATKINS, attempted to perfect
an appeal from an order denying second motion to set aside sentence entered by
the 197th District Court of Cameron
County, Texas, in cause no. 90-CR-814-C. 








Upon review of the notice of appeal and documents filed by appellant,
it appeared that an appeal was not timely perfected and, further, that the
order from which this appeal was taken was not an appealable order.  Pursuant to Tex.
R. App. P. 42.3, notice of this defect was given so that steps could be
taken to correct the defect, if it could be done.  Appellant was advised that, if this defect
was not corrected within ten days from the date of receipt of this Court=s notice, the appeal
would be dismissed.   On May 23, 2001,
appellant filed a motion to perfect.

The Court, having considered the documents on file and appellant=s motion to perfect,
is of the opinion that the appeal should be dismissed for want of
jurisdiction.  Appellant=s motion to perfect is
DENIED.   The appeal is hereby DISMISSED
FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

 

Opinion delivered and
filed this

the 21st  day of November, 2001.